At a Special Term. Part \_\_\_ of the U.S. Federal Court Southern District of the State of New York, held in and for the County of New York, at 500 Center Street New York New York on the \_\_\_\_\_ day of February 2021

**PRESENT: HON. _____ , JUSTICE**

-------------------------------------------------------------- X

| | | |
|---|---|---|
| In the Matter of the Application of | : | Index No. 1:21-cv-00877CM |
| KIM MORTIMER, | : | |
| Petitioner, | : | **TEMPORARY RESTRAINING** |
| | : | **ORDER AGAINST FEBRUARY 5TH 2021** |
| -against- | : | **EVICTION** |
| HEIDI J SORVINO ESQ | : | |
| JUDGE SHELLEY CHAPMAN | : | |
| U.S. MARSHALS OFFICE | : | |
| Respondents | | |

--------------------------------------------------------------X

Upon the annexed petition of Kim Mortimer, the petitioner herein, duly verified on February 3rd 2021 and the affidavit of Kim Mortimer, sworn to on February \_\_\_, 2021.

Let respondents of Heidi Sorvino Esq. Judge Shelley Chapman and U.S. Marshals Office show cause at a Special Term, Part \_\_\_\_\_, of this court to be held at the courthouse thereof, located at 500 Centre Room \_\_\_\_\_, New York, New York on the \_\_\_\_day of February, 2021, staying the Respondents efforts to evict the Petitioner, Kim Mortimer and her family from her rent stabilized apartment despite New York State, New York City and Federal Moratoriums which despite the current State, Federal and City -Wide Moratorium staying evictions until May

2021.

    SUFFICIENT reason appearing therefore, let service of a copy of this order with the petition and any other supporting papers, by email/ ECF and first class mail upon the counsels' office , upon Heidi J. Sorvino Esq. White and Williams 7 Times Square Ste 2900 New York City, New York 10036, Judge Shelley Chapman 1 Bowling Green New York and the U.S. Marshals Office New York on or before \_\_\_\_, day of February 2021, be deemed good and sufficient service.

Dated: New York
       February 3, 2021

                                      ENTER:

                                      _____

                                      J.S.C.