UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIM MORTIMER; 60 91ST STREET CORPORATION,<br><br>       Petitioners,<br><br>   -against-<br><br>SHELLEY CHAPMAN, Bankruptcy Judge; HEIDI J. SORVINO, Bankruptcy Trustee; U.S. MARSHAL OFFICE,<br><br>       Respondents. | 21-CV-0877 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued February 5, 2021, dismissing the petition,

IT IS ORDERED, ADJUDGED AND DECREED that the petition is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: February 5, 2021
    New York, New York

                     _Louis L. Stanton_
                      Louis L. Stanton
                        U.S.D.J.